IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DIAMOND FREIGHT, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 19-cv-00590 |
| | ) | |
| KING'S EXPRESS INC., | ) | Judge: Hon. Elaine E. Bucklo |
| DENNIS McCORMICK and | ) | |
| INFINITY LOGISTICS, INC., | ) | Magistrate Judge: |
| | ) | Hon. Jeffrey T. Gilbert |
| Defendants. | ) | |

# PLAINTIFF'S MOTION FOR ORDER OF JUDGMENT BY DEFAULT

Diamond Freight, Inc. (hereinafter "Diamond"), by and through its attorneys, Bishop & LaForte, Ltd., hereby moves for entry of an order of Judgment by default against King's Express, Inc. ("Kings"), Infinity Logistics, Inc. ("Infinity") and Dennis McCormick ("McCormick"). In support of its Motion, Diamond states as follows:

1. On August 15, 2019, this Court entered an order requiring Defendants to answer or plead to Plaintiff's Complaint and to serve responses to Plaintiff's pending discovery by August 30, 2019. See Dkt 29.

2. Defendants wholly failed to comply with the minute order entered August 15, 2019. Accordingly, all Defendants are now in default.

3. All Defendants have appeared through counsel.

WHEREFORE, Diamond Freight, Inc. respectfully requests this Honorable Court enter Judgment by default in its favor and award Diamond Freight, Inc. damages against King's Express, Inc., Dennis McCormick, and Infinity Logistics, Inc., jointly and severally in the amount

of $47,907.00, plus costs and attorneys' fees against King's Express, Inc. and Dennis McCormick as set forth in a filed Declaration in Support of Claim for Attorneys' Fees and grant such other and further relief as this Honorable Court deems just and reasonable.

                              Respectfully submitted,

                              DIAMOND FREIGHT, INC.

                      By: /s/ George F. LaForte, Jr.
                              _____
                              one of its attorneys

George F. LaForte, Jr.
Timothy A. Hickey
glafortejr@bishoplaforte.com
thickey@bishoplaforte.com
BISHOP & LAFORTE, LTD.
1S450 Summit Avenue, Suite 325
Oakbrook Terrace, IL 60181
630.916.0123